1  H. TROY ROMERO (CBN #224867)
   ROMERO PARK & WIGGINS P.S.
2  17140 Bernardo Center Drive, Suite 206
3  San Diego, CA 92128
   TEL: (858) 592-0065 FAX: (425) 450-0728
4  tromero@rpwfirm.com
5  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACS RECOVERY SERVICES, INC., a Delaware corporation, | |
| Plaintiff, | Cause No: C10-00651 |
| v. | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |
| LAURA BURNHAM; STEVE BURNHAM, | |
| | Honorable Phyllis J. Hamilton |
| Defendants, | |

### STIPULATION

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO THROUGH THEIR RESPECTIVE COUNSEL OF RECORD THAT the Case Management Conference, currently set for 1:30 p.m. on Thursday, June 10, 2010 be continued to Thursday, July 29, 2010 at 2:00 p.m. Troy Romero, counsel for Plaintiff, has requested this continuance to travel out of state on an unexpected family matter.

ROMERO PARK & WIGGINS P.S.            LAW OFFICE OF SCOTT L. WOODALL

_____                _____
H. Troy Romero, SBN #224867            Scott L. Woodall, SBN #181971
Attorney for Plaintiff                 Attorney for Defendants
                                       Jeanne M. Roberts
                                       SBN #248151

STIPULATION AND ORDER - 1

# ORDER

Based on the foregoing Stipulation, IT IS HEREBY ORDERED the Case Management Conference, currently set for 1:30 p.m. on Thursday, June 10, 2010 is continued to Thursday, July 29, 2010 at 2:00 p.m.

DATED this 9th day of June, 2010.



Honorable Phyllis J. Hamilton

IT IS SO ORDERED
Judge Phyllis J. Hamilton