IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ACS RECOVERY SERVICES, INC.,          No. C 10-0651 PJH

    Plaintiff,                                 **ORDER TO SHOW CAUSE**

   v.

LAURA BURNHAM, et al.,

    Defendant.
_____/

     Plaintiff in the above-entitled matter having failed to appear at the case management conference on July 29, 2010, and defendants having appeared at that proceeding in compliance with the Court's orders,

     THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure or why monetary sanctions should not be imposed.

     The hearing on the order to show cause will be held on September 2, 2010 at 2:00 p.m. If plaintiff fails to appear, the case will be dismissed for failure to prosecute.

     **IT IS SO ORDERED.**

Dated: July 29, 2010

                                                              PHYLLIS J. HAMILTON
                                                              UNITED STATES DISTRICT JUDGE