H. TROY ROMERO (CBN #224867)
ROMERO PARK & WIGGINS P.S.
17140 Bernardo Center Drive, Suite 206
San Diego, CA 92128
TEL: (858) 592-0065 FAX: (425) 450-0728
tromero@rpwfirm.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACS RECOVERY SERVICES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>LAURA BURNHAM;<br>STEVE BURNHAM,<br><br>Defendants, | Cause No: C10-00651<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br>Honorable Jeffrey S. White |

## STIPULATION

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO THROUGH THEIR RESPECTIVE COUNSEL OF RECORD THAT Plaintiff ACS Recovery Services, Inc. has settled all claims against Defendants Laura Burnham and Steve Burnham and as a result, hereby dismisses its claims against Defendants with prejudice and without an award of fees or costs to any party pursuant to Federal Rule of Civil Procedure 41.

ROMERO PARK & WIGGINS P.S.　　　LAW OFFICE OF SCOTT L. WOODALL

_____　　　　　_____
H. Troy Romero, SBN #224867　　　　Jeanne M. Roberts, SBN #248151
Attorney for Plaintiff　　　　　　　　Attorney for Defendants

STIPULATION AND ORDER - 1

| | |
|---|---|
| 1 | **ORDER** |
| 2 | THIS MATTER having come on this date before the above-entitled Court upon the |
| 3 | parties' Stipulation for Dismissal, and the Court having reviewed the record and files |
| 4 | herein, and having found the relief sought is appropriate; |
| 5 | IT IS HEREBY ORDERED that Plaintiff ACS Recovery Services, Inc.'s claims |
| 6 | against Defendants Laura Burnham and Steve Burnham are dismissed with prejudice and |
| 7 | without an award of fees of costs to any party. |
| 8 | IT IS HEREBY FURTHER ORDERED that the Case Management Conference |
| 9 | currently set for October 22, 2010 is stricken from the Court's calendar. |
| 11 | DATED this 20th day of October, 2010. |

*Jeffrey S. White*
Honorable Jeffrey S. White